IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CANNABIS 1 LLC,

    Plaintiff,

v.                                                              No. 1:23-cv-00933-JMR-KK

DORCHESTER INSURANCE COMPANY, LTD., and
CANNASURE INSURANCE SERVICES,

    Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** comes before the Court on the Amended Complaint for a Civil Case, Doc. 7, filed November 14, 2023 ("Complaint"),

The original Complaint indicated that Plaintiffs are "Cannabis 1 LLC (Roger Wright, Audrey Wright)," the Plaintiffs are "Roger Wright & Audrey Wright dba Cannabis 1 LLC" and Roger Wright and Audrey Wright are "Cannabis 1's owners." Complaint at 1, 5, Doc. 1, filed October 19, 2023. The Court notified Plaintiffs it is not clear whether the entity Cannabis 1 LLC is a plaintiff and that if Cannabis 1 LLC is a plaintiff, then it must be represented in this action by an attorney authorized to practice before this Court. *See* Order at 3-4 (quoting D.N.M.LR-Civ. 83.7 ("A corporation, partnership or business entity other than a natural person must be represented by an attorney authorized to practice before this Court")). Because the original Complaint failed to state a claim, the Court ordered Plaintiffs to file an amended Complaint.

The Amended Complaint, which indicates that the sole Plaintiff is Cannabis 1 LLC, is signed by "Audrey Wright for Cannabis 1 LLC." *See* Doc. 7 at 1, 5, filed November 14, 2023. Audrey Wright cannot represent Cannabis 1 LLC in this case because she is not an attorney

authorized to practice before this Court.  Cannabis 1 LLC must be represented by an attorney authorized to practice before this Court.  *See* D.N.M.LR-Civ. 83.7.

**IT IS ORDERED** that Audrey Wright, within 21 days of entry of this Order, shall *either* show cause why the Court should not dismiss this case because Cannabis 1 LLC is not represented by an attorney authorized to practice before this Court *or* have an attorney who is authorized to practice before this Court enter an appearance on behalf of Cannabis 1 LLC. Failure to timely show cause or have an authorized attorney enter an appearance on behalf of Cannabis 1 LLC may result in dismissal of this case.

                                                            _____
                                                            **KIRTAN KHALSA**
                                                            **UNITED STATES MAGISTRATE JUDGE**