IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CANNABIS 1 LLC,

      Plaintiff,

v.                                                               No. 1:23-cv-00933-DHU-KK

DORCHESTER INSURANCE COMPANY, LTD., and
CANNASURE INSURANCE SERVICES,

      Defendants.

**MEMORANDUM OPINION AND ORDER OF DISMISSAL**

The original Complaint in this case indicated that Plaintiffs are "Cannabis 1 LLC (Roger Wright, Audrey Wright)," the Plaintiffs are "Roger Wright & Audrey Wright dba Cannabis 1 LLC" and Roger Wright and Audrey Wright are "Cannabis 1's owners." Complaint at 1, 5, Doc. 1, filed October 19, 2023.

United States Magistrate Judge Kirtan Khalsa notified Plaintiffs it is not clear whether the entity Cannabis 1 LLC is a plaintiff and that if Cannabis 1 LLC is a plaintiff, then it must be represented in this action by an attorney authorized to practice before this Court. *See* Order at 3-4, Doc. 5, filed October 24, 2023 (quoting D.N.M.LR-Civ. 83.7 ("A corporation, partnership or business entity other than a natural person must be represented by an attorney authorized to practice before this Court")). Judge Khalsa ordered Plaintiffs to file an amended Complaint because the original Complaint failed to state a claim. *See* Order at 4, 7.

The Amended Complaint, which indicates that the sole Plaintiff is Cannabis 1 LLC, is signed by "Audrey Wright for Cannabis 1 LLC." *See* Doc. 7 at 1, 5, filed November 14, 2023. Judge Khalsa notified Audrey Wright that she cannot represent Cannabis 1 LLC in this case because she is not an attorney authorized to practice before this Court and that Cannabis 1 LLC

must be represented by an attorney authorized to practice before this Court. *See* Order to Show Cause at 1-2, Doc. 8, filed November 15, 2023. Judge Khalsa ordered Audrey Wright to *either* show cause why the Court should not dismiss this case because Cannabis 1 LLC is not represented by an attorney authorized to practice before this Court *or* have an attorney who is authorized to practice before this Court enter an appearance on behalf of Cannabis 1 LLC. *See* Order to Show Cause at 2 (notifying Audrey Wright that failure to timely show cause or have an authorized attorney enter an appearance on behalf of Cannabis 1 LLC may result in dismissal of this case). Audrey Wright did not show cause or have an authorized attorney enter an appearance on behalf of Cannabis 1 LLC by the December 6, 2023, deadline.

The Court dismisses this case because: (i) Plaintiff Cannabis 1 LLC, as a corporation, must be represented by an attorney authorized to practice before this Court; (ii) Plaintiff Cannabis 1 LLC is not represented by an authorized attorney; and (iii) Audrey Wright has not shown cause why this case should not be dismissed because Plaintiff Cannabis 1 LLC is not represented by an authorized attorney or otherwise responded to Judge Khalsa's Order to Show Cause.

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
HON. DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE